UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-cv-21881

CINDY OROPESA,

    Plaintiff,

v.

PROGRESSIVE FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## DEFENDANT'S NOTICE OF SETTLEMENT

COME NOW the Defendant, Progressive Financial Services, Inc., by and through undersigned counsel, hereby gives notice that all claims against Defendant have been settled.

    Respectfully submitted by:

/s/ Dale T. Golden
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN:  0094080
/s/ Charles J. McHale
Charles J. McHale, Esquire
Florida Bar No. 0026555
201 North Armenia Avenue
Tampa, FL  33609
Phone:  813-251-5500
Fax:  813-251-3675
Email: dgolden@gsgfirm.com
Email:  cmchale@gsgfirm.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 27, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

              /s/ Dale T. Golden
              DALE T. GOLDEN, ESQUIRE
              Florida Bar No. 0094080

              /s/ Charles J. McHale
              Charles J. McHale, Esquire
              Florida Bar No. 0026555