UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 14-21881-CIV-GAYLES/TURNOFF

CINDY OROPESA,

    Plaintiff,

vs.

PROGRESSIVE FINANCIAL SERVICES, INC.,

    Defendant.

_____/

**NOTICE OF COURT PRACTICE UPON**
**NOTICE OF SETTLEMENT AND ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Defendant's Notice of Settlement [D.E. 13], which indicates that this matter has settled in full. Based thereon,

**THE PARTIES** are hereby notified that, within thirty (30) days of the date of this Order, they must file a Stipulation or Notice of Dismissal and/or Settlement Agreement along with any other pertinent document necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of October, 2014.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
        All Counsel of Record